

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Leonard Pierson, Jr., Appellant

No. 06-11-00065-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 09F0258-005). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating. Dissenting Opinion by Justice Moseley.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We note that the appellant, Leonard Pierson, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 19, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk